UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DE'VON HAMILTON, et al.,<br><br>Plaintiffs.<br><br>v.<br><br>CITY OF BERKELEY, et al.,<br><br>Defendants. | Case No.  13-cv-04403-JCS<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on January 24, 2014, at 9:30 a.m., before this Court in the above-entitled case.  Plaintiffs were not present.  Defendant was present.

IT IS HEREBY ORDERED that Plaintiffs appear on **February 7, 2014, at 9:30 a.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on January 24, 2014, for failure to prosecute, and for failure to comply with the Court's Order of September 24, 2013.  A case management conference is also scheduled for **February 7, 2014**, **at 9:30 a.m.**

IT IS SO ORDERED.

Dated: January 27, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge