

Office of the City Attorney

February 3, 2014

Magistrate Judge Joseph Spero
Courtroom G, 15th Floor
450 Golden Gate Ave.
San Francisco, CA  94102

Re:   Brown and Hamilton v. City of Berkeley, et al.; USDC No. C 13-4403 JCS
      Request for telephone appearance

Dear Judge Spero,

Pursuant to the Court's order, this letter is a request to appear telephonically for the hearing set for this Friday, February 7th at 9:30a.m.  I can be reached at (510) 981-6998.


Very truly yours,

ZACH COWAN, City Attorney

/s/ Matthew J. Orebic

 By:
 MATTHEW J. OREBIC
 Deputy City Attorney

Dated: 2/4/14        IT IS HEREBY ORDERED that Mr. Orebic shall be on phone standby beginning at 9:30 AM and await the Court's call.



IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

2180 Milvia Street, Fourth Floor, Berkeley, CA  94704   Tel: 510.981.6998   TDD: 510.981.6903   Fax: 510.981.6960
E-mail: MOrebic@ci.berkeley.ca.us