UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DE'VON HAMILTON, et al.,<br><br>    Plaintiffs.<br><br>  v.<br><br>CITY OF BERKELEY, et al.,<br><br>    Defendants. | Case No. 13-cv-04403-JCS<br><br>**ORDER TO SHOW CAUSE** |

    IT IS HEREBY ORDERED that Plaintiffs appear on **March 7, 2014, at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiffs failure to prosecute.

    IT IS SO ORDERED.

Dated: February 10, 2014

                                                  JOSEPH C. SPERO<br>
                                                  United States Magistrate Judge