JOHN L. BURRIS, ESQ., SBN 69888
DeWITT M. LACY, ESQ., SBN 258789
**THE LAW OFFICES OF JOHN L. BURRIS**
AIRPORT CORPORATE CENTRE
7677 OAKPORT STREET, SUITE 1120
OAKLAND, CALIFORNIA 94621
TELEPHONE: (510) 839-5200
FACSIMILE: (510) 839-3882
john.burris@johnburrislaw.com
dewitt.lacy@johnburrislaw.com

Attorney(s) for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACORY BROWN and DE' VON HAMILTON, individuals,<br><br>　　　　　Plaintiffs,<br>v.<br><br>CITY OF BERKELEY, a municipal corporation duly organized under the laws of the state of California; MICHAEL K. MEEHAN, individually and in his capacity as Chief of Police for CITY OF BERKELEY; DOES 1-25, inclusive; individually and in their capacities as law enforcement officers and/or personnel for Berkeley Police Department,<br><br>　　　　　Defendants. | Case No.: 13-cv-04403-JCS<br><br>**VOLUNTARY DISMISSAL** |

　　　　Plaintiff, De' VON HAMILTON, along with his counsel of record, in accord, ask the Court to voluntarily dismiss this action with prejudice pursuant to FRCP 41(a)(1). Counsel for Plaintiff filed this before they were provided information indicating Plaintiff lacked the factual basis for sustaining this action.

Plaintiff's counsel will bear their own attorney's fees and cost for the filing of this lawsuit.

Dated: March 20, 2014                **THE LAW OFFICES OF JOHN L. BURRIS**

  __/s/ DeWitt M. Lacy_____
  DeWitt M. Lacy
  Attorney(s) for Plaintiff

Dated: 3/21/14

