

Office of the City Attorney

May 28, 2014

Magistrate Judge Joseph Spero
Courtroom G, 15th Floor
450 Golden Gate Ave.
San Francisco, CA  94102

Re:   Brown and Hamilton v. City of Berkeley, et al.; USDC No. C 13-4403 JCS
      Request for telephone appearance

Dear Judge Spero,

Pursuant to the Court's order, this letter is a request to appear telephonically for the hearing set for Friday, May 30th at 2:00p.m.  I can be reached at (510) 981-6998.

Very truly yours,

ZACH COWAN, City Attorney

/s/ Matthew J. Orebic

By:
MATTHEW J. OREBIC
Deputy City Attorney

Dated: 5/29/14



IT IS SO ORDERED
Judge Joseph C. Spero

2180 Milvia Street, Fourth Floor, Berkeley, CA  94704   Tel: 510.981.6998   TDD: 510.981.6903   Fax: 510.981.6960
E-mail: MOrebic@ci.berkeley.ca.us